

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,286-01

### IN RE BRANDON JAY CARTER, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS IN CAUSE NO. 12-DCR-061186 IN THE 240TH DISTRICT COURT FROM FORT BEND COUNTY

*Per curiam*. ALCALA, J., dissents.

## O R D E R

Relator filed a motion for leave to file an application for a writ of mandamus, pursuant to the original jurisdiction of this Court. The application requests that we issue a writ of mandamus in the underlying case, ordering the district court to vacate its order substituting appointed counsel dated March 12, 2015. Relator first filed a petition for writ of mandamus in the First Court of Appeals. *In re Brandon Jay Carter*, No. 01-15-00216-CR (Tex. App.—Houston [1st Dist], May 7, 2015) (not designated for publication). The Court of Appeals denied relief without comment. *Id.*

The respondent, the Judge of the 240th District Court of Fort Bend County, is ordered to file a response with this Court. The real party in interest, the Fort Bend County District Attorney, may also submit a response.

The motion for leave to file an application for writ of mandamus will be held in abeyance until the respondent has submitted the appropriate response. The responses shall be submitted within 30 days of the date of this order. Any further proceedings in the underlying cause are hereby stayed until this application for writ of mandamus is resolved.

IT IS SO ORDERED THIS THE 1ST DAY OF JUNE, 2015.


Do Not Publish